<pre>
                    UNITED STATES DISTRICT COURT

                    EASTERN DISTRICT OF CALIFORNIA
</pre>

| | |
|---|---|
| MARCUS LAMAR JOHNSON,<br><br>　　　　　Petitioner,<br><br>v.<br><br>PAUL COPENHAVER,<br><br>　　　　　Respondent. | CASE NO. 1:14-cv-01672-LJO-BAM  HC<br><br>ORDER DENYING PETITIONER'S MOTION FOR APPOINTMENT OF COUNSEL<br><br>(Doc. 23) |

　　　　Petitioner, proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241, again moves for appointment of counsel. In habeas proceedings, no absolute right to appointment of counsel currently exists. *See, e.g., Anderson v. Heinze*, 258 F.2d 479, 481 (9th Cir. 1958); *Mitchell v. Wyrick*, 727 F.2d 773, 774 (8th Cir. 1984). Nonetheless, a court may appoint counsel at any stage of the case "if the interests of justice so require." 18 U.S.C. § 3006A(a)(2)(B); Rule 8(c), Rules Governing Section 2254 Cases.

　　　　The Court finds that the petition, the response, and the reply have all been filed in this case. As a result, no purpose will be served by appointing counsel in this case. The Court acknowledges Petitioner's impatience in waiting for resolution of his petition. Many petitioners await resolution of their petitions; the Court addresses each petition before it in due course.

　　　　Accordingly, the Court hereby DENIES Petitioner's motion for appointment of counsel.

IT IS SO ORDERED.

　　　　Dated:　**September 14, 2015**　　　　　　/s/ *Barbara A. McAuliffe*
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE