UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCUS LAMAR JOHNSON,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>PAUL COPENHAVER, Warden,<br><br>　　　　　Respondent. | No. 1:14-cv-01672-LJO-SKO HC<br><br>**ORDER REQUESTING SUPPLEMENTAL BRIEFING** |

Petitioner Marcus Lamar Johnson is a former federal prisoner proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. Petitioner seeks to credit time served in state custody toward his federal sentence as permitted by *Barden v. Keohane*, 921 F.2d 476 (3d Cir. 1990). Respondent contends that Petitioner's sentence cannot be treated as if it ran concurrently with his state sentence. On December 8, 2016, Petitioner notified the Clerk of Court that his address had changed to Grady County Jail, Chickasha, Oklahoma.

Generally, a petitioner's challenge to his sentence becomes moot upon the completion of the challenged sentence. *See, e.g., United States v. Palomba*, 182 F.3d 1121 (9th Cir. 1999). Accordingly, the Court hereby DIRECTS the parties to submit supplemental briefs, not to exceed ten pages, addressing the question of whether the Court retains jurisdiction to consider the petition in the above-captioned matter, within thirty days of this order.

IT IS SO ORDERED.

Dated: **June 27, 2017**　　　　　　　　　　　/s/ *Sheila K. Oberto*
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1